UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JULIA WHITEFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-21-CV-00039-FM |
| | § | |
| TENET HEALTHCARE | § | |
| CORPORATION; and BLUFF CREEK | § | |
| EMERGENCY MEDICINE | § | |
| ASSOCIATES, PA, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with "Order Granting Motions for Summary Judgment" [ECF No. 84], entered November 16, 2022, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **16th** day of **November 2022.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1